**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02276-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JASON BROOKS,

     Applicant,

v.

LOU ARCHULETTA, Warden,

     Respondent.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Jason Brooks, is a prisoner in the custody of the Colorado Department
of Corrections who currently is incarcerated at the Fremont Correctional Facility in
Cañon City, Colorado.  He submitted *pro se* an Application for Writ of Habeas Corpus
Pursuant to 28 U.S.C. § 2254 (ECF No. 1) and a Prisoner's Motion and Affidavit for
Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2).  As part of the court's
review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the
submitted documents are deficient as described in this order.  Applicant will be directed
to cure the following if he wishes to pursue any claims in this court in this action.  Any
papers that Applicant files in response to this order must include the civil action number
on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit

(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   <u>X</u>      is missing certificate showing current balance in prison account (<u>with certification by a prison official, and not by Applicant</u>)
(5)   __      is missing required financial information
(6)   __      is missing an original signature by the prisoner
(7)   <u>X</u>      is not on proper form (must use the court's current form)
(8)   __      names in caption do not match names in caption of complaint, petition or habeas application
(9)   <u>X</u>      other: <u>§ 1915 motion and affidavit and certificate showing current balance in prison account only are necessary if $5.00 filing fee is not paid in advance</u>

**Complaint, Petition or Application**:
(10)   __      is not submitted
(11)   __      is not on proper form
(12)   __      is missing an original signature by the prisoner
(13)   __      is missing page nos. ___
(14)   __      uses et al. instead of listing all parties in caption
(15)   __      names in caption do not match names in text
(16)   __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __      other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use that form in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

2

without further notice.  The dismissal shall be without prejudice.

DATED August 25, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge