IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02276-GPG

JASON BROOKS,

    Applicant,

v.

LOU ARCHULETA, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Magistrate Judge Craig B. Shaffer as the presiding judge. Accordingly, it is

    ORDERED that this case shall be assigned to Magistrate Judge Craig B. Shaffer as the presiding judge pursuant to D.C.COLO.LCivR 40.1(c)(1).

    DATED January 26, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        United States Magistrate Judge